UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVANGELINE F. HANEY, as
Successor-in-Interest of
BEN BRITT, deceased,

        Plaintiffs,

   v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
and BAYER PHARMA AG,

        Defendants.
_____/

NO. CIV. S-13-0782 LKK/AC

O R D E R

    A status conference was held in chambers on July 29, 2013. Except as provided herein, no further joinder of parties or amendments to pleadings is permitted except with leave of court, good cause having been shown. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 605 (9th Cir. 1992).

    After hearing, the court orders as follows:

    1.   Plaintiff shall file an amended complaint or motion to amend the complaint no later than August 5, 2013.

////

1

1.   A further status conference is set for August 19, 2013 at 3:00 p.m.
2.   The parties shall file updated status reports 14 days prior to the status conference.

IT IS SO ORDERED.

DATED:   July 31, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2